**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 23-4697-JFW(AGRx)** | Date: January 29, 2024 |
| Title: | Tony Mavusi -v- Thomas Ciccarelli, et al. | |

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER TO SHOW CAUSE RE: SANCTIONS**

    In the Court's August 29, 2023 Scheduling and Case Management Order ("CMO"), the Court set January 22, 2024, as the last day to conduct a Settlement Conference, and January 26, 2024, as the last day to file a Joint Report Re: Results of Settlement Conference.  *See* Docket No. 26.  In addition, in the Court's Order Vacating Scheduling Conference, Referral to Private Mediation, and Dismissing Any Unserved Doe Defendants, the Court referred the parties to private mediation for their Settlement Conference.  *See* Docket No. 25.  Based on the parties' Stipulation Re: Conduct of Mediation and Report (Docket No. 46) ("Stipulation"), the parties have violated the Court's CMO by failing to conduct the Court ordered mediation by the Court ordered deadline of January 22, 2024.  *See, e.g.,* Stipulation, 2:2-3 ("[T]he selection of a mediator has not yet been completed").  The parties have also violated the Court's CMO by failing to file a Joint Report Re: Results of Settlement Conference by the Court ordered deadline of January 26, 2024.

    Accordingly, the parties are ordered to show cause in writing by **January 31, 2024** why the Court should not should not impose sanctions in the amount of $1,500.00 against each of them and why this action should not be dismissed for their violation of the Court's CMO.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions and the dismissal of this action.

    IT IS SO ORDERED.